IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTRELL TEEN,
Plaintiff,

v.

Case No. 18–CV–00997–JPG–MAB

DAVID NICHOLS and
MICHAEL KEMPF,
Defendants.

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that the claims by **PLAINTIFF ANTRELL TEEN** against **DEFENDANTS DAVID NICHOLS** and **MICHAEL KEMPF** are **DISMISSED WITHOUT PREJUDICE**.

**Dated: November 4, 2019**   **MARGARET M. ROBERTIE, Clerk of Court**
                              **s/Tina Gray, Deputy Clerk**

**Approved by: s/J. Phil Gilbert**
              **United States District Judge**